```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :
                                 :   INDICTMENT
JOSE YONNY URENA,                :
     a/k/a "Jose Hernandez,"     :   07 Cr. ___
     a/k/a "Eladio E. Guzman,"   :
                                 :
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - - - x
```



07 CRIM.  596

## COUNT ONE

The Grand Jury charges:

On or about June 9, 1997 until June 18, 2007, in the Southern District of New York and elsewhere, JOSE YONNY URENA, a/k/a "Jose Hernandez," a/k/a "Eladio E. Guzman," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported, and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 17, 1990, in the Commonwealth of Massachusetts, Worcester Superior Court, for trafficking in cocaine in violation of Chapter 94C, Massachusetts General Law, Section 32E, and without having obtained the express

consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE YONNY URENA,
a/k/a "Jose Hernandez,"
a/k/a "Eladio E. Guzman,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.