RECEIVED
18 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

MEMO ENDORSED
p2

**LAW OFFICES OF**

*Jorge Guttlein & Associates*

291 Broadway, Suite 1500
New York, N.Y. 10007

212 608-7575         FAX: 212 385 0231

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-19-07

VIA FACSIMILE (212) 805-6717         September 18, 2007

Honorable Richard M. Berman  United States District Judge
United States District Court For the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Jose Yonny Urena**
**07 MJ 00964 / 07 Cr. 596**

Dear Judge Berman:

This matter was scheduled for our submission of motion to dismiss for September 17, 2007.

However, Mr. Guttlein is being held for hearings and trial in *People v. Angel Ramirez* at New York Supreme Court, Bronx County, #03214-2006. The hearings and trial in this matter are scheduled to continue until at or around Monday, October 1, 2007.

Therefore, we respectfully request that the above captioned matter be adjourned for 15 days until Wednesday, October 3, 2007 for submission of said motion.

The government does not oppose our request providing the time is excludable.

We thank the Court for considering our request and for your attention to this matter.

                                        Respectfully,
                                        Jorge Guttlein & Associates

                              By:       _____
                                        Jorge Guttlein, Esq.

JG/ki
Cc:   Via Facsimile (212) 637-2527
      Antonia M. Apps, Esq.
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, NY 10007

-1-

07 Cr. 596

> Application Granted:
> Defense motion due 10/3/07;
> Gov't response due 10/24/07;
> Def. reply due 10/31/07.
> (Page limits apply)
>
> SO ORDERED:
> Date: 9/19/07     Richard M. Berman
> Richard M. Berman, U.S.D.J.