

LAW OFFICES OF

*Jorge Guttlein & Associates*

291 Broadway, Suite 1500
New York, N.Y. 10007
e-mail address: info@aglaws.com

212 608-7575        FAX: 212 385 0231

**RECEIVED OCT 12 2007** CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

October 12, 2007

(VIA FAX) 212-805-6717
Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: United States v. Jose Yonny Urena
         **07 Cr. 596**

Dear Judge Berman:

    We submit this letter to request one further extension until October 22, 2007 to file our motion to dismiss the above-captioned matter. Unfortunately, I just recently finished a three week trial and as a result, the motion was not finalized and it was not tickled correctly. We sincerely apologize. This will be our last request for an extension of time and we again submit that the granting of this request would be in the interests of justice.

    We thank the Court for considering our request.

                          Respectfully,
                          Jorge Guttlein & Associates

                          By: _____
                             Jorge Guttlein, Esq.

cc:   (VIA FAX) 212 637-2527
      Antonia M. Apps, Esq.
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, New York 10007

*[Handwritten endorsement:]* 10/18/07 conference is vacated. Defense motion due 10/22/07; Gov't response due 11/9/07; Defense reply due 11/16/07; Conference/ruling on motion now scheduled for 11/21/07 at 10:00 am. Time is excluded pursuant to the Speedy Trial Act. SO ORDERED: Date: 10/18/07 /s/ Richard M. Berman
**Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07