**MEMO ENDORSED**

**Law Offices of**

*Jorge Guttlein & Associates*

291 Broadway, Suite 1500
New York, N.Y. 10007

212 608-7575                    Fax: 212 385 0231

> Adjourned to 12/18/07
> @ 10:30. Time
> excluded under
> Speedy Trial Act
> while awaiting Pimentel
> letter.
>
> SO ORDERED:
> November 19, 2007
> 11/20/07
> Richard M. Berman, U.S.D.J.

VIA FACSIMILE (212) 805-6717

Honorable Richard M. Berman  United States District Judge
United States District Court For the Southern District of New York
500 Pearl Street
New York, NY 10007

       **Re: United States v. Jose Yonny Urena**
          **07 MJ 00964 / 07 Cr. 596**

Dear Judge Berman:

This matter is scheduled for conference on November 21, 2007 at 10:30 AM; however I have not received a Pimentel letter from the government, see United States v. Pimentel, 932 F2d 1029 (2d.1991) pertaining to this case.

I will be engaged in the case *People v. Gary Medina (03392-2007)* at New York Supreme Court, New York County Part 31 on November 21, 2007.

Therefore, we respectfully request that the above captioned matter be adjourned for 15 days until Tuesday, December 11, 2007 to allow time to receive said letter.

The government does not oppose our request providing the time is excludable.

We thank the Court for considering our request and for your attention to this matter.

                              Respectfully,
                              Jorge Guttlein & Associates

                        By:   *Jorge Guttlein*
                              Jorge Guttlein, Esq.

JG/ec
Cc:   Via Facsimile (212) 637-2527
      Antonia M. Apps, Esq.
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
11-20-07