UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                    **ORDER**

          -against-                              07  **CR.**  596  (RMB)

JOSE YONNY URENA,

                              Defendant.
----------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a

United States Magistrate Judge on December 3, 2007;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the

District Court; and

WHEREAS,  upon review of the transcript, this Court has determined that the Defendant

entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for

the guilty plea;

IT IS HEREBY ORDERED that JOSE YONNY URENA's guilty plea is accepted.


Dated: New York, New York
          December 12, 2007

                              _____
                              **RICHARD M. BERMAN, U.S.D.J.**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12|12|2007