[90I8 ON XR/XL]  0E:4I NOW  80/40/20





LAW OFFICES OF

# MEMO ENDORSED *Guttlein & Associates P.C.*

291 Broadway, Suite 1500
New York, N.Y. 10007

Tel: 212 608-3188          Fax: 212 385 0231

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-4-08

VIA FACSIMILE (212) 805-6717          February 4, 2008

Honorable Richard M. Berman  United States District Judge
United States District Court For the Southern District of New York
500 Pearl Street
New York, NY 10007

### Re: United States v. Jose Yonny Urena
### 07 MJ 00964 / 07 Cr. 596

Dear Judge Berman:

This matter is scheduled for sentencing on March 3, 2008 at 10:30 AM; however I will be engaged on trial in the matter of *People v. Richard Yaciuk (Ind No. 01112-2006)* at the New York Supreme Court, Queens County Part K10 on March 3, 2008.

Therefore, I respectfully request that the above captioned matter be adjourned for 30 days until Monday, April 14, 2008.

The government does not oppose our request providing the time is excludable.

We thank the Court for considering our request and for your attention to this matter.

Respectfully
Jorge Guttlein & Associates

*Adjournment granted. Sentence is scheduled for 4-15-08 at 12:45pm.*

By: _____
Jorge Guttlein, Esq.

JG/ec
Cc:   Via Facsimile (212) 637-2527
      Antonia M. Apps, Esq.
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, NY 10007

SO ORDERED:
Date: 2-4-08          *Richard M Berman*
                      Richard M. Berman, U.S.D.J.