
APR 9 2008



LAW OFFICES OF

*Jorge Guttlein & Associates*

291 Broadway, Suite 1500
New York, N.Y. 10007
info@jorgeguttlein.com
Telephone: 212 608-3188    FAX: 212 385 0231

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

**MEMO ENDORSED**

VIA FACSIMILE (212) 805-6717    April 9, 2008

Honorable Richard M. Berman
United States District Judge
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

          **Re: United States v. Jose Yonny Urena**
                **07 MJ 00964 / 07 Cr. 596**

Dear Judge Berman:

This matter is scheduled for sentencing on April 15, 2008 at 12:45 p.m.

However, we respectfully request that the above captioned matter be put over to 3:00 p.m. on April 15, 2008. The government does not oppose our request.

We thank the Court for considering our request and for your attention to this matter.

                                        Respectfully,
                                        Jorge Guttlein & Associates

                              By: *Jorge Guttlein*
                                  Jorge Guttlein, Esq.

JG/ec
Cc:  Via Facsimile (212) 637-2527
      Antonia M. Apps, Esq.
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, NY 10007

---

*Handwritten endorsement:*

Application is granted. Sentencing will be held on 4-15-08 at 3:00 p.m..

SO ORDERED:
Date: 4-9-08

*Richard M. Berman*
Richard M. Berman, U.S.D.J.