

**U.S. Department of Justice**

APR 09 2008

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2008

**BY FACSIMILE**

**MEMO ENDORSED**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

      Re: *United States v. Jose Yonny Urena,*
           07 Cr. 0596 (RMB)

Dear Judge Berman:

      I write to request that the Court adjourn the defendant's sentencing to April 17, 2008 at 3:00 p.m. Although Mr. Guttlein's letter of this morning represents that the Government did not oppose his request for the adjournment of the sentencing on April 15, 2008 from 12:45 p.m. to 3:00 p.m., I was not in fact consulted before Mr. Guttlein sent the letter. I already have a hearing scheduled for 3:00 p.m. in another case on April 15, 2008, and, accordingly, I am not available at that time. I have spoken to Mr. Guttlein, and he has told me that he is available at 3:00 p.m. on April 17, 2008.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                          By: /s/
                              Antonia M. Apps
                              Assistant United States Attorney
                              Tel: (212) 637-2198
                              Fax: (212) 637-2527

---

*Handwritten endorsement:*

Adjournment is granted. Sentence is now scheduled for 4-17-08 at 3:00 p.m..

cc: Jorge Guttlein, Esq.

SO ORDERED:
Date: 4-9-08
/s/ Richard M. Berman
Richard M. Berman, U.S.D.J.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08